# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JAMES RODNEY GEORGE, | ) |
| Plaintiff, | ) Case No. 3:16-1750 |
| v. | ) Judge Campbell |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA (a/k/a GUARDIAN), and | ) Magistrate Judge Holmes |
| BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL OF CLAIMS AGAINST THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA (A/K/A GUARDIAN)

As evidenced by the signatures below, Plaintiff James Rodney George, through counsel, and Defendants, The Guardian Life Insurance Company of America ("Guardian") and Berkshire Life Insurance Company of America ("Berkshire"), hereby stipulate and agree to dismissal of all claims against Guardian without prejudice. Defendants have represented to Plaintiff that the insurance policy at issue was underwritten solely by Berkshire, a Guardian subsidiary. Should discovery reveal that Guardian is a proper party, Plaintiff may move to amend his complaint to refile his claims against Guardian.

Therefore, at this time, the parties are in agreement that all claims against Guardian shall be dismissed without prejudice.

1

Respectfully submitted,

**CODY ALLISON & ASSOCIATES, PLLC**

    /s/ K. Cody Allison
        K. Cody Allison (BPR #20623)

The Union Building
501 Union Street, Suite 502
Nashville, Tennessee 37219
(615) 234-6000
(615) 727-0175(facsimile)
cody@codyallison.com

*Attorney for Plaintiff*


**NEAL & HARWELL, PLC**

By: /s/ Elizabeth S. Tipping—with permission KCA
      James F. Sanders, No. 005267
      Elizabeth S. Tipping, No. 023066

One Nashville Place, Suite 2000
150 Fourth Avenue North
Nashville, TN  37219
Telephone:  (615) 244-1713
Facsimile:  (615) 726-0573
jsanders@nealharwell.com
etipping@nealharwell.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via the Court's CM/ECF electronic filing system, on this the 9th day of September, 2016 on the following:

>Elizabeth S. Tipping, Esq.
>Neal & Harwell, PLC
>One Nashville Place, Suite 2000
>150 Fourth Avenue North
>Nashville, TN  37219
>etipping@nealharwell.com


　　　　　　　　　　　　　　　　　　　　　/s/ K. Cody Allison